IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' UNION LOCAL #441 HEALTH and WELFARE FUND, and ROBERT GORAM, ROBERT PAYNE, STANLEY SMALL, JAMES GEIGER, SR., JOSEPH VALLEE, and LARRY PIRKLE, in their official capacities as trustees of the Plan, SHEET METAL WORKERS INTERNATIONAL ASSOCIATION LOCAL 441 SUPPLEMENTAL PENSION PLAN, ROBERT GORAM, JOSEPH VALLEE and ROBERT PAYNE, and JAMES GEIGER, in their official capacity as trustees of the Plan; SHEET METAL WORKERS LOCAL 441 JOINT APPRENTICESHIP and TRAINING FUND; ROBERT GORAM, ROBERT PAYNE, STANLEY SMALL, JAMES GEIGER, SR., JOSEPH VALLEE, and WILLIAM DELOCHE, and SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 441, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 04-0434-CG-B ) |
| PRECISION MILL FABRICATORS, INC., | ) ) ) ) |
| Defendant. | ) |

**ORDER**

This court approved the Consent Judgment of the parties on August 25, 2004, (Doc. 8) which

named the plans and not the trustees. Since the trustees, as fiduciaries, are assigned to act on behalf of

the plans, the court deems the Consent Judgment to be sufficient without naming the trustees individually.  Although service is made upon trustees or administrators of an ERISA plan, the plan itself "may sue or be sued under this subchapter as an entity." 29 U.S.C.A. § 1132(d)(1).  Therefore, the Clerk of Court is directed to close this case as no further action is required.

The plaintiffs subsequently filed an Application to Clerk for Entry of Default and Supporting Affidavits and Exhibits (Doc. 11), which the court deems to be **MOOT**.

**DONE and ORDERED** this 20th day of June, 2005.

/s/   Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE